**No. 51921.**—Kenney Mfg. Co. et al. *v.* United States, protests 18752–K, etc. (Providence, etc.)

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.